FRANCIS J. MARRIN, Respondent, *v.* MARTENA MONROE, Defendant, and ABRAHAM MONROE, Appellant.

(Argued April 26, 1929; decided May 28, 1929.)

*Frank E. Holahan, Irving Rosenberg* and *Max Rosenberg* for appellant.

*David C. Broderick* and *William F. Lally* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.